**SUPPLEMENTAL NOTICE OF CURE, PROCEDURAL TIMELINE, AND ONGOING RISK TO PLAINTIFF'S LIBERTY**

**Plaintiff:** Shimon Asaf Luski
**Case No.:** 3:25-cv-14657-ZNQ-TJB
**Court:** United States District Court, District of New Jersey

**I. PURPOSE OF THIS SUPPLEMENTAL NOTICE**

Plaintiff submits this Supplemental Notice for the limited and non-argumentative purpose of confirming that the technical deficiency previously identified by the Court in Plaintiff's application to proceed in forma pauperis ("IFP") has been fully cured; providing a brief procedural timeline relevant to the pending IFP determination; and notifying the Court of ongoing and escalating risks to Plaintiff's liberty and personal safety arising from state probation and child-support enforcement actions occurring while access to this Court remains unresolved.

**II. CURE OF PRIOR IFP DEFICIENCY**

The Court's prior denial of Plaintiff's IFP application was based solely on technical incompleteness. Plaintiff has since re-submitted a complete IFP application with all required pages included and all fields answered, including "N/A" where applicable. The previously cited deficiency has therefore been fully cured, and Plaintiff respectfully requests a ruling on the pending IFP application.

**III. CONDENSED PROCEDURAL TIMELINE**

- Initial IFP Application filed
- IFP denial based solely on technical incompleteness
- Corrected IFP application re-filed in full
- Supplemental exhibits filed thereafter
- IFP currently pending without ruling

**IV. ONGOING AND ESCALATING RISK TO PLAINTIFF'S LIBERTY**

While Plaintiff's access to this Court remains pending, state enforcement actions continue that directly threaten Plaintiff's freedom, including probation violation proceedings and child-support enforcement actions despite Plaintiff never having had a meaningful opportunity to stand before a judge regarding child support. Attempts to combine child-support arrears with probation enforcement create compounded exposure to detention without prior judicial hearings.

**V. CONSTITUTIONAL CONTEXT**

These circumstances implicate access-to-courts protections and procedural due-process guarantees where liberty interests are at stake. Plaintiff raises these facts solely to preserve the record.

**VI. LIMITED REQUEST**

Plaintiff respectfully requests that the Court acknowledge that the IFP deficiency has been cured and issue a ruling on the pending IFP application.

**Respectfully submitted,**

/s/ Shimon Asaf Luski
Shimon Asaf Luski, Pro Se

Date: January 1, 2026
Lakewood, New Jersey